UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF ILLINOIS

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
| IN RE: YASMIN AND YAZ (DROSPIRENONE)         | ) | 3:09-md-02100-DRH-PMF    |
| MARKETING, SALES PRACTICES AND PRODUCTS      | ) |                          |
| LIABILITY LITIGATION                         | ) | MDL No. 2100             |
|                                              | ) |                          |

**This Document Relates to:**

| | |
|---|---|
| Rebecca Bach v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-13149-DRH-PMF |
| Sarah Blagg v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-13192-DRH-PMF |
| Melissa Carli-Walton and Leo Walton v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-11571-DRH-PMF |
| Lindsey Davis v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-12778-DRH-PMF |
| Diana Elkins v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-12934-DRH-PMF |
| Carissa Funk v. Bayer Corp., et al. | No. 3:10-cv-12453-DRH-PMF |
| Alesia Goff-Thomas and Andy Thomas v.<br>Bayer Schering Parma AG, et al. | No. 3:10-cv-12367-DRH-PMF |
| Morgan Haley v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-13534-DRH-PMF |
| Natasha Hartsell v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-11655-DRH-PMF |
| Katrina Lewis v. Bayer Corp., et al. | No. 3:10-cv-12075-DRH-PMF |
| Paulette Monica v. Bayer Corp., et al. | No. 3:10-cv-11790-DRH-PMF |
| Rebecca Orr v. Bayer Corp., et al. | No. 3:10-cv-11636-DRH-PMF |
| Blanca Rodriguez v. Bayer Corp., et al. | No. 3:10-cv-10015-DRH-PMF |
| Glenda Taylor v.<br>Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-12947-DRH-PMF |

**Jill Whitehouse v.**  No. 3:10-cv-11639-DRH-PMF
**Bayer HealthCare Pharmaceuticals, Inc., et al.**

**Denise Wilmoth and Michael Wilmoth v.**  No. 3:10-cv-13706-DRH-PMF
**Bayer Corp., et al.**

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the motion to dismiss with prejudice filed in this Court on January 11, 2012, plaintiff's complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

> **NANCY J. ROSENSTENGEL,**
> **CLERK OF COURT**
>
> **BY:** /s/*Sandy Pannier*
>
> **Deputy Clerk**

**DATED: February 24, 2012**

David R. Herndon
2012.02.24
14:38:51 -06'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**